IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Ultra Safe Nuclear Corporation, *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-12443 (KBO)<br><br>(Jointly Administered) |
| Standard Nuclear, Inc.<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Ultra Safe Nuclear Corporation, *et al*.<br><br>　　　　　　　Defendants. | Adversary Proc. No. 24-50282 (KBO) |

**NOTICE OF EMERGENCY STATUS CONFERENCE
SCHEDULED FOR DECEMBER 12, 2024 AT 12:30 P.M. (ET)**

**PLEASE TAKE NOTICE** that, at the direction of the United States Bankruptcy Court for the District of Delaware, an emergency status conference will be held remotely on **December 12, 2024 at 12:30 p.m. (ET)**, before the Honorable Thomas M. Horan, with respect to the *Emergency Motion for Entry of Injunctive Relief* [Adv. D.I. 3].

[*Signature page follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Ultra Safe Nuclear Corporation (9774); Ultra Safe Nuclear Corporation – Technologies (9815); USNC-Power Ltd. (6500); and Global First Power Limited (7980). The Debtors' mailing address is 200 Europia Ave., Oak Ridge, Tennessee 37830.

32508178.1

| | |
|---|---|
| Dated: December 12, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Elizabeth S. Justison (No. 5911)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  mnestor@ycst.com<br>           mlunn@ycst.com<br>           ejustison@ycst.com<br>           sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |